Dismissed and Opinion filed October 24, 2002









Dismissed and Opinion filed October 24, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00517-CV

____________

 

WELLS
FARGO BANK TEXAS, N. A., Appellant

 

V.

 

MUTUAL
INDEMNITY, LTD., Appellee

 



 

On Appeal from the 189th District Court

Harris
County, Texas

Trial Court Cause No. 01-20143

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed April 10, 2002.

On October 15, 2002, the parties filed a joint motion to dismiss
the appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.  

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed October 24, 2002.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler. 

Do Not Publish C Tex. R. App. P.
47.3(b).